U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 22 2026
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

Case No.: 3:26-cr-00504-L-1

JUAN GUADALUPE YANEZ-SALAS

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

Defendant Juan Guadalupe Yanez-Salas, having consented to the undersigned United States Magistrate Judge conducting the Rule 11 proceeding and taking Defendant's plea pursuant to Federal Rule of Criminal Procedure 11 and the authority recognized in *United States v. Dees*, 125 F.3d 261 (5th Cir. 1997), appeared before me and entered a plea of guilty to **Count One of the Indictment**.

After placing Defendant under oath and advising and examining Defendant concerning each of the matters required by Rule 11, I determined that Defendant's plea was knowing and voluntary. I further determined that an independent factual basis exists for the plea and establishes each essential element of the offense charged. Accordingly, I recommend that the District Judge accept Defendant's plea of guilty, adjudge Defendant guilty of **Illegal Reentry After Removal from the United States, in violation of 8 U.S.C. § 1326(a),** and impose sentence accordingly.

Defendant is currently in custody. I recommend that Defendant remain in custody pending sentencing.

SIGNED October 22, 2026.

UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).